USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                    :
AFTERN SANDERSON,                          :
                                    :
                          Plaintiff,    :            1:19-cv-08423-GHW
                                    :
                 -v -                        :            <u>ORDER</u>
                                    :
LEG APPAREL LLC, AMIEE LYNN             :
ACCESSORIES, INC., STEVEN H.              :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND,                                   :
                                    :
                          Defendants.   :
                                    :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 19, 2019, Defendants filed a motion to dismiss Plaintiff's complaint. Plaintiff's opposition to Defendants' motion is due no later than January 3, 2020. Defendants' reply to Plaintiff's opposition is due no later than January 10, 2020. The Court intends to discuss Defendants' motion to dismiss during the initial pre-trial conference scheduled for December 6, 2019 at 4:00 p.m.

The Clerk of Court is directed to send a copy of this order to Plaintiff by first-class and certified mail.

SO ORDERED.

Dated: November 20, 2019
        New York, New York

                                                                    GREGORY H. WOODS
                                                              United States District Judge