USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
AFTERN SANDERSON, :
:
                                 Plaintiff, :    1:19-cv-08423-GHW
:
                      -v - :    ORDER
:
LEG APPAREL LLC, AMIEE LYNN :
ACCESSORIES, INC., STEVEN H. :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND, :
:
                                Defendants. :
X
----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On January 27, 2020, Plaintiff filed an amended complaint in response to Defendants' motion to dismiss, pursuant to Fed. R. Civ. P. 15(a)(1)(B). *See* Dkt. No. 48. Accordingly, Defendants' motion to dismiss is denied as moot. Defendants are directed to answer or otherwise respond to Plaintiff's amended complaint within the time frame set forth in Fed. R. Civ. P. 15(a)(3). If Defendants intend to file a motion to dismiss Plaintiff's amended complaint, they should file a pre-motion letter in accordance with the Court's individual rules.

      The Clerk of Court is directed to send a copy of this order to Plaintiff by first-class and certified mail and to terminate the motion pending at Dkt. No. 24.

      SO ORDERED.

Dated: January 30, 2020
      New York, New York

                                                           _____
                                                           GREGORY H. WOODS
                                                        United States District Judge