USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :

AFTERN SANDERSON, :

                            Plaintiff, :   1:19-cv-08423-GHW

                  -v - :   <u>ORDER</u>

LEG APPAREL LLC, AMIEE LYNN :
ACCESSORIES, INC., STEVEN H. :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND, :

                        Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On January 2, 2020, Plaintiff filed a letter with the Court requesting a 60-day extension to file his opposition to Defendants' motion to dismiss. The Court denied that request on January 6, 2020 and directed Plaintiff to file his opposition by no later than January 17, 2020. Dkt. No. 42.

      On January 9, 2020, the Court entered an order indicating that it understood, based on Plaintiff's correspondence, that Plaintiff intended to file an amended complaint. Dkt. No. 46. The Court ordered that if Plaintiff filed an amended complaint in accordance with Fed. R. Civ. P. 15(a)(1)(B), the Court would withdraw Defendants' then-pending motion to dismiss.

      On January 27, 2020, Plaintiff filed his Amended Complaint. Dkt. No. 48. Defendants were served with that Amended Complaint via ECF on January 28, 2020. Accordingly, the Court withdrew as moot Defendants' pending motion to dismiss and directed Defendants to respond to the Amended Complaint within the time frame set forth in Fed. R. Civ. P. 15(a)(3). Dkt. No. 49.

      Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants were required to answer or otherwise respond to Plaintiff's Amended Complaint within 14 days of January 28, 2020, which fell on February 11, 2020. Defendants have not done so. Accordingly, if Defendants intend to respond to

the Amended Complaint, they are ordered to file a request for an extension of time to file an answer or pre-motion letter forthwith, and in no case later than February 18, 2020.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, via first class and certified mail.

SO ORDERED.

Dated: February 12, 2020
      New York, New York

_____
GREGORY H. WOODS
United States District Judge