```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/28/20

----------------------------------------------------------------- X
:
AFTERN SANDERSON, :
:
                              Plaintiff, :   1:19-cv-08423-GHW
:
            -v - :   ORDER
:
LEG APPAREL LLC, AMIEE LYNN :
ACCESSORIES, INC., STEVEN H. :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND, :
:
                             Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's February 17, 2020 request for leave to file a partial motion to dismiss, Dkt. No. 52, is granted. The deadline for plaintiff to file and serve its partial motion to dismiss is March 18, 2020. Defendant's opposition is due within twenty-one days after service of plaintiff's motion; plaintiff's reply, if any, is due within seven days after service of defendant's opposition. Defendants are directed to file their answer to the portions of the Complaint not subject to the partial motion to dismiss by March 12, 2020.

      SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                                                        _____
                                                                        GREGORY H. WOODS
                                                                   United States District Judge