```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
                                                     ELECTRONICALLY FILED
                                                     DOC #: _____
                                                     DATE FILED: 3/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AFTERN SANDERSON,                                              :
                                                               :
                              Plaintiff,                       :   1:19-cv-08423-GHW
                                                               :
            -v -                                               :   ORDER
                                                               :
LEG APPAREL LLC, AMIEE LYNN                                    :
ACCESSORIES, INC., STEVEN H.                                   :
SPOLANSKY, MELISSA ROMANINO, STUART                            :
DIAMOND,                                                       :
                                                               :
                              Defendants.                      :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 28, 2020, the Court entered an order setting a briefing schedule for a partial motion to dismiss. Dkt. No. 56. That order is amended to read as follows:

Defendants' February 17, 2020 request for leave to file a partial motion to dismiss, Dkt. No. 52, is granted. The deadline for Defendants to file and serve their partial motion to dismiss is March 18, 2020. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition. Defendants are directed to file their answer to the portions of the Complaint not subject to the partial motion to dismiss by March 12, 2020.

       SO ORDERED.

Dated: March 8, 2020
New York, New York

                                                                                   _____
                                                                                 GREGORY H. WOODS
                                                                          United States District Judge