```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AFTERN SANDERSON,                                              :
                                                               :
                                    Plaintiff,                 :     1:19-cv-08423-GHW
                                                               :
              -v -                                             :     ORDER
                                                               :
LEG APPAREL LLC, AMIEE LYNN                                    :
ACCESSORIES, INC., STEVEN H.                                   :
SPOLANSKY, MELISSA ROMANINO, STUART                            :
DIAMOND,                                                       :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 23, 2020, Defendants filed a reply in support of their motion to dismiss. Dkt. No. 71. On April 24, 2020, Plaintiff filed a sur-reply in the form of a letter, Dkt. No. 72, even though the briefing schedule established by the Court did not call for a further response from Plaintiff. Dkt. Nos. 58, 68. Accordingly, Defendants may submit a response to the sur-reply by no later than May 4, 2020. The parties may not submit additional briefing unless requested by the Court.

SO ORDERED.

Dated: April 27, 2020

_____
GREGORY H. WOODS
United States District Judge