```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
AFTERN SANDERSON,                                                 :
                                                                  :
                                        Plaintiff,                :     1:19-cv-08423-GHW
                                                                  :
                       -v -                                       :     ORDER
                                                                  :
LEG APPAREL LLC, AMIEE LYNN                                       :
ACCESSORIES, INC., STEVEN H.                                      :
SPOLANSKY, MELISSA ROMANINO, STUART                               :
DIAMOND,                                                          :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/20

GREGORY H. WOODS, United States District Judge:

On August 12, 2020, the Court held a conference regarding Plaintiff's motion to compel responses to his requests for production of documents and interrogatories. Dkt. No. 92. Defendants' opposition to Plaintiff's motion to compel is due by August 18, 2020. Plaintiff's reply is due by August 25, 2020.

The Court also set a briefing schedule regarding Plaintiff's amended complaint and request for leave to amend his complaint to add a claim for defamation. Dkt. No. 81. On July 31, 2020, Defendants filed a "Memorandum of Law in Opposition to Plaintiff's Amended Pleading as to the Dismissed Counts." Dkt. No. 91. In that memorandum, Defendants both moved to dismiss Plaintiff's amended complaint and opposed Plaintiff's motion for leave to add a defamation claim. Plaintiff's opposition to Defendants' motion to dismiss, and any reply in further support of his motion for leave to amend, is due by August 19, 2020. Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

Finally, for the reasons stated on the record, the Court ordered Plaintiff to produce the resumes and offer letter discussed during the conference. Plaintiff is directed to produce those documents, to the extent they are in his custody, possession, or control, by August 17, 2020.

SO ORDERED.

Dated: August 13, 2020

_____
GREGORY H. WOODS
United States District Judge