```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC #: _____
-------------------------------------------------------------- X    DATE FILED: 9/8/20
                                              :
AFTERN SANDERSON,                             :
                                              :
                         Plaintiff,           :          1:19-cv-08423-GHW
                                              :
              -v -                            :              ORDER
                                              :
LEG APPAREL LLC, AMIEE LYNN                   :
ACCESSORIES, INC., STEVEN H.                  :
SPOLANSKY, MELISSA ROMANINO, STUART           :
DIAMOND,                                      :
                                              :
                         Defendants.          :
                                              :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Court has received the proposed case management plan filed by Defendants.  Dkt. No.

102.  The Court will hold a conference call regarding the parties' proposed case management plan on

September 10, 2020 at 4:00 p.m.  The parties are directed to use the dial-in information and access

code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website,

and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated:  September 5, 2020

_____
GREGORY H. WOODS
United States District Judge