USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AFTERN SANDERSON,                             :

                                       Plaintiff,   :              1:19-cv-08423-GHW

                             -v -                            :                      <u>ORDER</u>

LEG APPAREL LLC, AMIEE LYNN          :
ACCESSORIES, INC., STEVEN H.           :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND,                                           :

                                     Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On November 20, 2020, the Court held a conference regarding Plaintiff's proposed motion to compel and Defendants' objections to Plaintiff's interrogatories and requests for production of documents. Dkt. No. 112. For the reasons stated on the record, Defendants' objections to Interrogatory Number 4 and Requests for Production Numbers 1, 4, 17, and 24 are SUSTAINED.

        Defendants' objections to Interrogatory Number 5 and Requests for Production Numbers 14, 23, 29, and 30 are OVERRULED. Request for Production Number 23 is limited to records related to violations of corporate policy and corrective and disciplinary action. Defendants are directed to produce documents responsive to these requests, and to respond to Interrogatory Number 5, by November 30, 2020. However, corporate insurance policies responsive to Request for Production Number 14 must be produced no later than November 23, 2020. Because all outstanding discovery issues have been resolved, Plaintiff is denied leave to file a motion to compel.

SO ORDERED.

Dated: November 20, 2020                                       _____
                                                                     GREGORY H. WOODS
                                                                 United States District Judge