USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
: 
AFTERN SANDERSON, :
:
                         Plaintiff, :    1:19-cv-08423-GHW
:
             -v - :     ORDER
:
LEG APPAREL LLC, AMIEE LYNN :
ACCESSORIES, INC., STEVEN H. :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND, and DAYTONA APPAREL GROUP :
LLC, :
:
                        Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On June 3, 2021, the Court held a teleconference with the parties at which it discussed how this case should proceed in light of the recent service of Daytona Apparel Group LLC. As stated on the record, the Court sets the following schedule for the briefing of the Leg Defendants' anticipated motion for summary judgment. The Leg Defendants' motion is due on July 1, 2021; Mr. Sanderson's opposition is due no later than six weeks after service of the motion; any reply is due no later than two weeks following service of the opposition.

    As stated on the record, the parties are directed to submit hard courtesy copies in accordance with the Court's Individual Rules of Practice in Civil Cases. Rule 1A of the Court's Emergency Individual Rules and Practices in Light of COVID-19 is suspended to the extent it would forbid the submission of such copies.

    SO ORDERED.

Dated: June 3, 2021
New York, New York

                                                                        _____
                                                                      GREGORY H. WOODS
                                                                  United States District Judge