UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/26/2021
```

------------------------------------------------------------------ X
:
AFTERN SANDERSON, :
:
                    Plaintiff, :     1:19-cv-08423-GHW
:
         -v - :     ORDER
:
LEG APPAREL LLC, AMIEE LYNN :
ACCESSORIES, INC., STEVEN H. :
SPOLANSKY, MELISSA ROMANINO, STUART :
DIAMOND, and DAYTONA APPAREL GROUP :
LLC, :
:
                  Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On June 26, 2021, Daytona Apparel Group filed its answer to the third amended complaint. Dkt. No. 146. Because Daytona has now appeared, the Court will hold a teleconference in this matter on July 2, 2021 at 2:00 p.m. The conference will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The purpose of the conference is to discuss how this case should proceed in light of Daytona's recent appearance. In anticipation of the conference, Daytona's counsel is directed to review the docket of this case and this Court's Individual Rules.

      SO ORDERED.

Dated: June 26, 2021
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge