UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

AFTERN SANDERSON,

                    Plaintiff,

                -v -

LEG APPAREL LLC, AMIEE LYNN ACCESSORIES,
INC., STEVEN H. SPOLANSKY, MELISSA
ROMANINO, STUART DIAMOND, and DAYTONA
APPAREL GROUP LLC,

                  Defendants.

----------------------------------------------------------------- X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/20/2021

1:19-cv-08423-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     The Court's amended case management plan and scheduling order scheduled a post-discovery status conference for October 12, 2021.  Dkt. No. 152.  On October 7, 2021, the parties requested an adjournment of that conference.  Dkt. No. 156.  Separately, the Leg Apparel defendants requested a conference to discuss their anticipated motion for summary judgment.  Dkt. No. 158.  The Court granted the parties' request for adjournment and agreed to take up the Leg Apparel defendants' anticipated motion at the same time, on October 21, 2021 at 3:00 p.m. Dkt. No. 159.  The amended case management plan and order adjourning the post-discovery status conference did not specify by what means the conference would take place.  The Court directs the parties that the October 21, 2021 conference will take place by telephone.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

     The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

     SO ORDERED.

Dated:  October 20, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge