|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>:<br>AFTERN SANDERSON,                                          :<br>:<br>                              Plaintiff,           :<br>:<br>         -v -                                                        :<br>:<br>LEG APPAREL LLC, AMIEE LYNN            :<br>ACCESSORIES, INC., STEVEN H. SPOLANSKY, :<br>MELISSA ROMANINO, STUART DIAMOND, and:<br>DAYTONA APPAREL GROUP LLC,              :<br>:<br>                              Defendants.        :<br>-------------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/21/2021<br><br><br>1:19-cv-08423-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

      The Court held a conference on October 21, 2021. As discussed on the record, Plaintiff is directed to provide the Leg Apparel defendants with a fully executed copy of his deposition transcript and errata sheet by no later than Friday, October 29, 2021. In addition, the Leg Apparel defendants' motion for summary judgment is due by December 15, 2021. Plaintiff's opposition is due 60 days after the date of service of the Leg Apparel defendants' motion. The Leg Apparel defendants' reply if any, is due two weeks after the date of service of Plaintiff's opposition.

      The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated: October 21, 2021
New York, New York

                                                                           GREGORY H. WOODS
                                                                  United States District Judge