```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
AFTERN SANDERSON,                                                :
                                                                 :
                                         Plaintiff,              :
                                                                 :
                       -v -                                      :    1:19-cv-08423-GHW
                                                                 :
LEG APPAREL LLC, AMIEE LYNN                                      :         ORDER
ACCESSORIES, INC., STEVEN H.                                     :
SPOLANSKY, MELISSA ROMANINO, and                                 :
STUART DIAMOND,                                                  :
                                                                 :
                                         Defendants.             :
---------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/16/2021 |

GREGORY H. WOODS, United States District Judge:

On December 15, 2021, Defendants filed a motion to preclude the testimony of Plaintiff's experts. Plaintiff is directed to file its opposition to Defendants' motion on or before February 13, 2021. Defendants' reply, if any, is due two weeks after the date of service of Plaintiff's opposition.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: December 16, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge