```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
AFTERN SANDERSON,                                                :
                                                                 :
                                    Plaintiff,                   :
                                                                 :
                  -v -                                           :     1:19-cv-08423-GHW
                                                                 :
LEG APPAREL LLC, AMIEE LYNN                                      :         ORDER
ACCESSORIES, INC., STEVEN H.                                     :
SPOLANSKY, MELISSA ROMANINO, and                                 :
STUART DIAMOND,                                                  :
                                                                 :
                                    Defendants.                  :
-----------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/31/22

GREGORY H. WOODS, United States District Judge:

On December 15, 2021, Defendants filed a motion to preclude the testimony of Plaintiff's experts. The Court will hold a conference by telephone on Thursday, February 3, 2022 at 4:00 p.m. to address Defendants' motion. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: January 31, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge