

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/22

# MEMORANDUM ENDORSED

**Maureen M. Stampp**
212 440 4416
Maureen.stampp@bipc.com

640 Fifth Avenue
9th Floor
New York, NY  10019-6102
T 212 440 4400
F 212 440 4401

<u>VIA ECF</u>

February 1, 2022

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:  Sanderson v. Leg Apparel, LLC, <u>et al</u>.
Case No.: 19-cv-08423-GHW

Dear Judge Woods:

      We represent defendants Leg Apparel, LLC, Amiee Lynn, Inc., Melissa Romanino, Stuart Diamond, and Stephen Spolansky (the "Defendants") in the above-referenced matter.  We write to request an adjournment of the telephone conference scheduled for February 3, 2022 at 4:00 pm.

      I am the attorney assigned to this case and respectfully request the adjournment due to a scheduling conflict.  At this time I am scheduled to be on trial before the National Labor Relations Board, Region 7 in Case 07-CA-264099 on February 2, 2022, and continuing on consecutive days until concluded.  The parties expect the case to last for at least two days. I have consulted with Mr. Sanderson and he does not oppose the request to adjourn the conference.  The parties are available next week on February 8, and 11, 2022, to attend a conference or at any other time that is convenient for the Court.

      Respectfully submitted,

      /s/ Maureen M. Stampp
      Maureen M. Stampp (MS-8453)

cc:    Aftern Sanderson, Pro Se (via ECF)

---

Application granted.  The conference initially scheduled for February 3, 2022 is adjourned to Friday February 11, 2022 at 10:00 a.m.  The parties are directed to the Courts Emergency Rules in Light of COVID-19, which are available on the Courts website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 186 and 187 and to mail a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated: February 1, 2022
New York, New York

      _____
      GREGORY H. WOODS
      United States District Judge