```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AFTERN SANDERSON,                                              :
                                                               :
                                    Plaintiff,                 :      1:19-cv-08423-GHW
                                                               :
                       -v -                                    :              ORDER
                                                               :
LEG APPAREL LLC, AMIEE LYNN                                    :
ACCESSORIES, INC., STEVEN H.                                   :
SPOLANSKY, MELISSA ROMANINO, and                               :
STUART DIAMOND,                                                :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022

GREGORY H. WOODS, United States District Judge:

On April 21, 2022, the Court held a conference to discuss Defendants' request to file a motion to preclude the testimony of Plaintiff's experts. *See* Dkt No. 198. As articulated on the record during that conference, Defendants' request to preclude expert testimony is denied without prejudice. As further discussed on the record during that conference, Plaintiff is ordered to refile his expert disclosures no later than May 6, 2022. In addition, the parties are ordered to meet and confer to develop a proposed schedule for the completion of expert discovery. The parties are further ordered to file a joint status letter following that meet and confer setting forth their joint proposal, or if no agreement has been reached, their respective positions, no later than May 13, 2022.

SO ORDERED.

Dated: April 22, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge