```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                 :
AFTERN SANDERSON,             :
                                 :
                             Plaintiff,   :      1:19-cv-08423-GHW
                                 :
                     -v -                :             <u>ORDER</u>
                                 :
LEG APPAREL LLC, AMIEE LYNN      :
ACCESSORIES, INC., STEVEN H.
SPOLANSKY, MELISSA ROMANINO, and   :
STUART DIAMOND,             :
                                 :
                          Defendants.    :
                                 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On May 27, 2022, the Court held a conference to discuss the medical records and the bill for providing such records that the Court received from Plaintiff's healthcare provider. *See* Dkt. No. 217. During this conference, the Court reiterated that it has not ordered that any medical records or documents be shared with the Court at this time. The Court previously informed Plaintiff in its May 9, 2022 order that the Court did not direct Plaintiff to provide medical records to it and advised Plaintiff "not to represent to his medical providers or others that the Court ha[d] done so." *See* Dkt. No. 207.

        During the conference, Plaintiff represented that he had paid the bill mailed to the Court by ScanSTAT Technologies. The Court accepts Plaintiff's proffer that this bill has been paid.

        The Court directs Plaintiff to mail a copy of this order to ScanSTAT Technologies and to Sun River Health, the healthcare provider from which ScanSTAT Technologies ordered the medical

records that were mailed to the Court.

    SO ORDERED.

Dated: May 27, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge