```
                                                      ┌─────────────────────────────────────┐
                                                      │ USDC SDNY                           │
                                                      │ DOCUMENT                            │
UNITED STATES DISTRICT COURT                          │ ELECTRONICALLY FILED                │
SOUTHERN DISTRICT OF NEW YORK                         │ DOC #: _____            │
---------------------------------------------------------- X  │ DATE FILED:  6/13/2022              │
                                               :      └─────────────────────────────────────┘
AFTERN SANDERSON,                              :
                                               :
                              Plaintiff,       :              1:19-cv-08423-GHW
                                               :
              -v -                             :              ORDER
                                               :
LEG APPAREL LLC, AMIEE LYNN                     :
ACCESSORIES, INC., STEVEN H.                    :
SPOLANSKY, MELISSA ROMANINO, and               :
STUART DIAMOND,                                :
                                               :
                              Defendants.       :
                                               :
---------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the hearing held on June 13, 2022, the Court

DENIES Plaintiff's motion to strike and DENIES Plaintiff's request for a pre-trial hearing on the

admissibility of Glassdoor reviews as evidence.  Dkt. Nos. 206, 225.

The Court construes Plaintiff's motion for a pre-trial hearing on the admissibility of

psychiatric notes as evidence, Dkt. No. 228, to be an objection by Plaintiff under Rule 34(b)(2) to

Defendants' request for production of psychiatric notes or to be a motion to quash a subpoena

under Rule 45(d)(3), if Defendants have issued a subpoena seeking psychiatric notes.  *See Triestman v.*

*Fed. Bureau of Prisons*, 470 F.3d 471, 475 (2d Cir. 2006) ("*pro se* litigants must be accorded 'special

solicitude'").  Defendants are directed to file a response to Plaintiff's submission by no later than

June 22, 2022.  Plaintiff is directed to file a reply, if any, to Defendants' submission no later than

June 29, 2022.

     SO ORDERED.

Dated: June 13, 2022
      New York, New York

GREGORY H. WOODS
United States District Judge