```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
AFTERN SANDERSON, :
:
                            Plaintiff, :      1:19-cv-08423-GHW
:
             -v - :      <u>ORDER</u>
:
LEG APPAREL LLC, AMIEE LYNN :
ACCESSORIES, INC., STEVEN H. :
SPOLANSKY, MELISSA ROMANINO, and :
STUART DIAMOND, :
:
                         Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the hearing held on June 30, 2022, the Court grants Defendants' motion for a Rule 35 mental examination of Plaintiff, Dkt. No. 232, and grants in part and denies in part Defendants' motion for discovery, Dkt. No. 236.

      Defendants are directed to submit a proposed form of order to direct the provision of applicable psychotherapy notes to Defendants' counsel no later than July 8, 2022.  Defendants are directed to meet and confer with Plaintiff regarding the proposed scope of the production to be ordered, and are directed to identify any disputes regarding the scope of the order in a cover letter accompanying the proposed order.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 232 and 236.

      SO ORDERED.

Dated: July 1, 2022
       New York, New York

                                                        _____
                                                          GREGORY H. WOODS
                                                    United States District Judge