```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

AFTERN SANDERSON,

       Plaintiff,                          Case No. 1:19-cv-08423-GHW

  -against-

LEG APPAREL LLC, AMIEE LYNN                      **ORDER**
ACCESSORIES, INC., STEVEN H. SPOLANSKY,
STUART DIAMOND, MELISSA ROMANINO,

       Defendants.

-------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    Pursuant to the Order of Court dated July 1, 2022 granting in part and denying in part [Dkt. No. 236] Letter Motion for Discovery, Defendants' request for the production of Plaintiff's psychotherapy notes from Katrina Vue and Shanyq Salop is hereby GRANTED.

    IT IS HEREBY ORDERED that Katrina Vue and Shanyq Salop disclose Plaintiff's mental health information, including Ms. Vue's weekly psychotherapy notes, relating to Plaintiff's mental health treatment or condition covering the period from December 1, 2014 through July 1, 2022 to counsel for the Defendants within one week of their receipt of this Order. The documents produced pursuant to this Order are subject to the confidentiality agreement and protective order entered by the Court on December 3, 2020, Dkt. No. 123.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 244.

SO ORDERED.

Dated: July 10, 2022                                             _____
New York, New York                                    GREGORY H. WOODS
                                                           United States District Judge