
**Seyfarth**

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

mstampp@seyfarth.com
T (212) 218-3393

www.seyfarth.com

# MEMORANDUM ENDORSED

August 11, 2022

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street

Re:   Sanderson v. Leg Apparel, LLC, et al.
      19-cv-08423 (GHW)

Dear Judge Woods:

We represent defendants in the above-referenced matter. We write in connection with Your Honor's Order dated August 8, 2022 (Dkt. No. 255). Upon further review, defendants now conclude that the filing of Defendants' Expert Report (the "Report") with the Court and the application to file the Report under seal ("Application to Seal") (Dkt. Nos. 253 and 254) were ill-advised and not in accordance with Rule 5(d) of the Federal Rules of Civil Procedure. Defendants hereby move to strike the filing and Application to Seal.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ Maureen M. Stampp

Maureen M. Stampp
MMS:dh

---

Application granted in part and denied in part. The expert disclosure is stricken because it was not filed in accordance with F.R.C.P. 5(d). The Court did not request that filing and has not considered its substance. The motion to strike the defendants' letter seeking the sealing of that document is denied. The Court considered that motion and responded to it; the letter contains no sensitive information and is necessary to understand the Court's response and this letter.

The Clerk of Court is directed to strike Dkt. No. 254 from the docket and to terminate the motion pending at Dkt. No. 256.

SO ORDERED.

Dated: August 13, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2022