```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
AFTERN SANDERSON,                                                 :
:
                              Plaintiff,  :   1:19-cv-08423-GHW
:
          -v -                                                  :   <u>ORDER</u>
:
LEG APPAREL LLC, AMIEE LYNN                                       :
ACCESSORIES, INC., STEVEN H.                                      :
SPOLANSKY, MELISSA ROMANINO, *and*                                :
STUART DIAMOND,                                                   :
:
                             Defendants.   :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on October 20, 2022, the parties are directed to review and supplement their discovery responses pursuant to Federal Rule of Civil Procedure 26(e) no later than November 3, 2022.  As further stated on the record during the same conference, Defendants are directed to file a letter describing the process for restoring the data on the flash drive previously provided to Plaintiff, no later than October 27, 2022.

      SO ORDERED.

Dated:  October 20, 2022
          New York, New York
                                                                                     GREGORY H. WOODS
                                                                 United States District Judge