```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AFTERN SANDERSON,                           :
                                            :
                        Plaintiff,          :
                                            :      1:19-cv-8423-GHW
            -v -                            :
                                            :           ORDER
LEG APPAREL LLC, et al.,                    :
                                            :
                        Defendants.         :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2023

GREGORY H. WOODS, United States District Judge:

On March 31, 2023, this Court entered an order granting in part and denying in part Defendants' motion for summary judgment in this case. Dkt. No. 280. The parties are hereby directed to meet and confer and to submit to the Court, on the docket no later than **April 17, 2023**, a joint letter indicating (1) how long the parties believe a trial in this case will last, and (2) any dates in October, November, December, and January when any party is *not* available for trial. In addition, the Court hereby schedules a conference for **April 20, 2023 at 4:00 p.m.** to discuss the procedure in advance of trial. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules. Finally, the deadline for the parties to file pretrial documents in accordance with the Court's individual rules of practice in civil cases, *see* Rule 5, is hereby stayed until the Court sets a deadline

for the filing of such documents, which it expects to do at or after the April 20 conference.

    SO ORDERED.

Dated: April 3, 2023　　　　　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge