UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AFTERN SANDERSON,

       Plaintiff,

   -v -

LEG APPAREL LLC, *et al.*,

       Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2023

1:19-cv-8423-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

  By letter submitted on May 26, 2023, *see* Dkt. No. 287, Plaintiff has requested that this Court (a) resolve the admissibility of Glassdoor reviews at trial, *see* Dkt. No. 231, and (b) resolve the issue of the accuracy of Plaintiff's medical records, *see* Dkt. No. 250. Both requests are DENIED WITHOUT PREJUDICE as premature. The issues that Plaintiff is asking the Court to resolve represent the potential subjects of motions *in limine*, which are among the motions in Rule 5 of the Court's Individual Rules of Practice in Civil Cases that are to be submitted no later than September 1, 2023. *See* Dkt. No. 284. Should Plaintiff choose to raise either or both of these issues through his motions *in limine* at that time, the Court will resolve them before trial.

  SO ORDERED.

Dated: May 31, 2023

                _____
                GREGORY H. WOODS
                United States District Judge