UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFTERN SANDERSON,

          Plaintiff,

-v-

LEG APPAREL LLC, AMIEE LYNN ACCESSORIES, INC., STEVEN H. SPOLANSKY, MELISSA ROMANINO, and STUART DIAMOND,

          Defendants.

CIVIL ACTION NO.: 19 Civ. 8423 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 1, 2023, the Court orders that, by **June 5, 2023, at 5:00 p.m.**, the parties shall file a joint letter setting forth: (1) whether Plaintiff is willing to participate in a settlement conference with the Court, and (2) Defendants' availability for an in-person settlement conference on July 17, 2023 (beginning at 2:30 p.m.); August 29, 2023 (beginning at 10:00 a.m.); and September 21, 2023 (beginning at 10:00 a.m.).

Dated:    New York, New York
            June 1, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**