USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AFTERN SANDERSON,                                 :
                                                  :
                       Plaintiff,       :
                                                  :      1:19-cv-8423-GHW
           -v -                                 :
                                                  :            ORDER
LEG APPAREL LLC, *et al.*,                        :
                                                  :
                    Defendants.      :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff has filed a motion to reconsider an aspect of this Court's March 31, 2023 memorandum opinion and order.  *See* Dkt. No. 293.  Any opposition to reconsideration by Defendants is due no later than June 12, 2023.  Plaintiff's reply, if any, is due no later than June 16, 2023.

      SO ORDERED.

Dated: June 2, 2023
New York, New York
                                                  GREGORY H. WOODS
                                           United States District Judge