USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AFTERN SANDERSON,

                    Plaintiff,

              -v -

LEG APPAREL LLC, *et al.*,

                  Defendants.

-------------------------------------------------------------- X

1:19-cv-8423-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff has filed a request that this Court serve a subpoena on Glassdoor. *See* Dkt. No. 305. Any opposition to this request by Defendants is due no later than June 28, 2023. Plaintiff's reply, if any, is due no later than June 30, 2023.

    SO ORDERED.

Dated: June 22, 2023
New York, New York

                                            _____
                                                GREGORY H. WOODS
                                             United States District Judge