UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFTERN SANDERSON,

                         Plaintiff,


        -v-                                              CIVIL ACTION NO.: 19 Civ. 8423 (GHW) (SLC)

LEG APPAREL LLC, AMIEE LYNN ACCESSORIES,                **ORDER**
INC., STEVEN H. SPOLANSKY, MELISSA
ROMANINO, and STUART DIAMOND,

                         Defendants.


**SARAH L. CAVE,** United States Magistrate Judge.

        The Court is in receipt of the letter of Plaintiff Aftern Sanderson ("Mr. Sanderson") at

ECF No. 308.  Mr. Sanderson is encouraged to confer with his very capable counsel from Sullivan

& Cromwell who have agreed to represent him pro bono for the limited purpose of mediation.

(ECF Nos. 288–89).  By **July 6, 2023**, Plaintiff shall file a letter on the docket indicating whether

he has reconsidered his position and would be willing to participate in the settlement conference

scheduled for September 21, 2023.  (ECF No. 297).

Dated:      New York, New York
            June 29, 2023

                            SO ORDERED.


                            _____
                            SARAH L. CAVE
                            **United States Magistrate Judge**