UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFTERN SANDERSON,

                Plaintiff,

   -v-                                   CIVIL ACTION NO.: 19 Civ. 8423 (GHW) (SLC)

LEG APPAREL LLC, AMIEE LYNN ACCESSORIES,      **ORDER**
INC., STEVEN H. SPOLANSKY, MELISSA
ROMANINO, and STUART DIAMOND,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On June 29, 2023, the Court ordered Plaintiff Aftern Sanderson ("Mr. Sanderson") to file, by July 6, 2023, a letter indicating whether he will participate in the settlement conference scheduled for September 21, 2023. (ECF No. 309). Mr. Sanderson did not file a letter as directed.

By **July 10, 2023**, pro bono counsel for Plaintiff shall file a letter providing an update on Mr. Sanderson's position as to the settlement conference.

Dated:      New York, New York
             July 7, 2023

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**