UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFTERN SANDERSON,

                Plaintiff,

-v-

LEG APPAREL LLC, AMIEE LYNN ACCESSORIES, INC., STEVEN H. SPOLANSKY, MELISSA ROMANINO, and STUART DIAMOND,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8423 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Ms. Ostrager's letter at ECF No. 312, and orders as follows:

1. The request for Sullivan & Cromwell LLP to withdraw as <u>pro bono</u> counsel for Plaintiff Aftern Sanderson ("Mr. Sanderson") is GRANTED. The Court commends Ms. Ostrager and Mr. Singer for their time and work on this matter.

2. Based on Mr. Sanderson's letter at ECF No. 308 and Ms. Ostrager's letter at ECF No. 312, it does not appear that a settlement conference would be productive at this time. Accordingly, the settlement conference scheduled for September 21, 2023 (ECF No. 297) is CANCELLED.

The Clerk of Court is respectfully directed to terminate the settlement conference.

Dated:    New York, New York
            July 10, 2023

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**