```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AFTERN SANDERSON,                                 :
                                                  :
                              Plaintiff,          :
                                                  :         1:19-cv-8423-GHW
            -v -                                  :
                                                  :              ORDER
LEG APPAREL LLC, *et al.*,                        :
                                                  :
                              Defendants.         :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the July 10, 2023 conference, Plaintiff's request to have the Court issue a subpoena, Dkt. No. 305, is DENIED as to any discovery sought under Federal Rule of Civil Procedure 45(c)(2) but is GRANTED to the extent it seeks to command a person to attend trial under Rule 45(c)(1). If Plaintiff wishes for the Court to issue any such subpoenas, he is directed to file a letter on the docket by July 18, 2023 stating the name and address of the person(s) he wishes to serve. Once the Court receives that information, it will direct the Clerk of Court to issue, and the United States Marshals Service to serve, any such subpoenas.

SO ORDERED.

Dated: July 10, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge