USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                         :

AFTERN SANDERSON,                               :

                                        Plaintiff,     :                   1:19-cv-8423-GHW

                           -v –                           :                    ORDER

LEG APPAREL LLC, *et al*.,                 :

                                 Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As discussed at the October 27, 2023 conference, the Court will hold a conference on November 1, 2023 at 2:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The parties are directed to come prepared to discuss Defendants' motions *in limine* and other topics not reached at the October 27, 2023 conference.

    Additionally, as discussed, Plaintiff is directed to submit to the Court a list of all his proposed exhibits by November 3, 2023 and to mail or hand deliver copies of the proposed exhibits to the Court and to Defendants by that date. If Plaintiff fails to do so, the Court will understand that he does not intend to offer any exhibits at trial. Defendants are directed to submit any objections to Plaintiff's proposed exhibits within one week of the date of service of the proposed exhibits.

    Plaintiff is also directed to submit a detailed outline of the topics he intends to cover in his testimony at trial. The outline should contain sufficient detail to allow the Court to determine the admissibility of testimony on each topic. If Plaintiff fails to submit this document, or if the document does not contain sufficient detail, the Court will understand that he instead plans to ask himself questions to guide his testimony at trial.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: October 27, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge