```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
AFTERN SANDERSON,                                                 :
                                                                  :
                                   Plaintiff,                     :    1:19-cv-8423-GHW
                                                                  :
                  -v –                                            :         ORDER
                                                                  :
LEG APPAREL LLC, et al.,                                          :
                                                                  :
                                   Defendants.                    :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023

GREGORY H. WOODS, United States District Judge:

As discussed at the November 1, 2023 conference, the first day of trial in this matter is rescheduled for **Tuesday, November 28, 2023 at 9:00 a.m.** The trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 2, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge