USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                             :
AFTERN SANDERSON,                           :
                                             :
                                   Plaintiff,   :                1:19-cv-8423-GHW
                                             :
                         -v –                         :                   ORDER
                                             :
LEG APPAREL LLC, *et al.*,                 :
                                 Defendant.  :
                                             :
------------------------------------------------------------------- :
                                             X

GREGORY H. WOODS, United States District Judge:

     For the reasons stated on the record during the November 1, 2023 conference, the Court's rulings on Defendants' motions *in limine*, Dkt. Nos. 330–334, are as follows: (1) the Court grants Defendants' motion *in limine* at Dkt. No. 330; (2) the Court grants Defendants' motion *in limine* at Dkt. No. 331 in part and reserves judgment in part; (3) the Court denies Defendants' motion *in limine* at Dkt. No. 332; (4) the Court denies Defendants' motion *in limine* at Dkt. No. 333; (5) the Court grants Defendants' motion *in limine* at Dkt. No. 334 in part and reserves judgment in part.

     In addition, the Court will hold a telephone conference to discuss Plaintiff's trial exhibits and mode of trial testimony on November 7, 2023 at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 330, 331, 332, 333, and 334 and to mail of copy of this order to Plaintiff.

SO ORDERED.

Dated: November 6, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge