```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 11/7/2023
-------------------------------------------------------------- X
                                                    :
AFTERN SANDERSON,                                   :
                                                    :
                                Plaintiff,          :         1:19-cv-8423-GHW
                                                    :
              -v –                                  :         ORDER
                                                    :
LEG APPAREL, LLC, et al.,                           :
                                                    :
                                Defendants.         :
                                                    :
-------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As discussed at the November 7, 2023 conference, Plaintiff is ordered to submit copies of all of his proposed exhibits to the Court and to Defendants by November 9, 2023. To submit his proposed exhibits to the Court, Plaintiff may hand deliver or mail hard copies, email electronic copies, or contact the Court's Deputy, Ms. Wileen Joseph, for instructions on submitting the exhibits electronically. Ms. Joseph's contact information is available online. Defendants are directed so submit any objections to Plaintiff's proposed exhibits within one week of the date of receipt.

Also as discussed, Defendants are ordered to submit their response to Plaintiff's proposed outline of testimony topics by November 13, 2023, their proposed jury charges by November 10, 2023, and their proposed limiting instruction regarding the "Martha's Vineyard Comment" by November 10, 2023.

Finally, the parties are ordered to submit their joint statement of stipulated facts and reconciled joint pretrial order by November 10, 2023. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: November 7, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge