```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
AFTERN SANDERSON,                                              :
:
                        Plaintiff,                 :   1:19-cv-8423-GHW
:
          -v —                                                  :   <u>ORDER</u>
:
LEG APPAREL LLC, *et al.*,                                    :
                       Defendants.                :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons discussed on the record at the November 29, 2023 conference, Defendants' motion to seal at Dkt. No. 364 is granted. The document filed at Dkt. No. 365 shall remain sealed.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 364 and to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated: November 29, 2023
       New York, New York
                                                                          GREGORY H. WOODS
                                                       United States District Judge