```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   AFTERN SANDERSON,

                             Plaintiff,

                -v-
                                                 1:19-cv-8423-GHW
   LEG APPAREL LLC, *et al.*,
                            Defendants.              ORDER
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the conference on December 4, 2023, Defendants motion for judgment as a matter of law, if they choose to file one, is due December 22, 2023. Plaintiff's opposition is due January 10, 2024. Defendants' reply, if any, is due within one week of the date of service of Plaintiff's opposition.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: December 4, 2023
       New York, New York

                                                             GREGORY H. WOODS
                                                     United States District Judge