```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                     :
AFTERN SANDERSON,                                                    :
                                                                     :
                                          Plaintiff,                 :     1:19-cv-8423-GHW
                                                                     :
                            -v –                                     :     ORDER
                                                                     :
LEG APPAREL LLC, *et al.*,                                           :
                                          Defendants.                :
                                                                     :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 4, 2023, the jury entered a verdict finding Defendants Leg Apparel LLC and Amiee Lynn, Inc. liable for retaliation under the New York State Human Rights Law and Title VII of the Civil Rights Act of 1964. Dkt. No. 376. The jury entered an award of compensatory damages against both Defendants. *Id.* However, because Defendants did not consent to the jury determining economic damages, the Court must make that determination. Dkt. No. 381 at 266.

Accordingly, the parties are ordered to submit briefing on the issue of economic damages. In their submissions, the parties must make arguments based on the evidence that was presented during trial and may not present new evidence. Plaintiff's and Defendants' submissions are due January 10, 2024. Defendants' opposition to Plaintiff's submission is due fourteen days from the date of service of Plaintiff's submission. Plaintiff's opposition to Defendants' submission is due fourteen days from the date of service of Defendants' submission.

The Clerk of Court is directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

                                              _____
                                                     GREGORY H. WOODS
                                                  United States District Judge