UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AFTERN SANDERSON,

                Plaintiff,

-against-                                           19 **CIVIL** 8423 (GHW)

## **JUDGMENT**

LEG APPAREL LLC, et al.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 1, 2024, judgment is entered against Defendant Leg Apparel as follows: $27,884.24 ($24,328.77 in economic damages plus $3,555.47 in prejudgment interest), plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a) until Leg Apparel complies with the judgment. Leg Apparel and Amiee Lynn are jointly and severally liable for this amount; $25,000, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a) until Leg Apparel complies with the judgment. Judgment is entered against Defendant Amiee Lynn as follows: $27,884.24 ($24,328.77 in economic damages plus $3,555.47 in prejudgment interest), plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a) until Amiee Lynn complies with the judgment. Amiee Lynn and Leg Apparel are jointly and severally liable for this amount; $25,000, plus post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a) until Amiee Lynn complies with the judgment; accordingly, the case is closed.

**Dated:**  New York, New York

        March 1, 2024

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                            **BY:**         K. Mango

                                                           **Deputy Clerk**