**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AFTERN SANDERSON, | § | |
| | § | USDC SDNY |
| Plaintiff, | § | DOCUMENT |
| | § | ELECTRONICALLY FILED |
| v. | § | DOC #:_____ |
| | § | DATE FILED: 3/16/2024 |
| LEG APPAREL, LLC, AMIEE LYNN, INC., | § | |
| MELISSA ROMANINO, STUART | § | Civil Action No. 1:19-cv-08423-GHW |
| DIAMOND, and STEVEN SPOLANSKY, | § | |
| | § | |
| Defendants. | § | |

### ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS'
### MOTION TO DEPOSIT JUDGMENT INTO COURT

**THIS MATTER** having come before the Court on Defendants' Leg Apparel LLC ("Leg Apparel") and Amiee Lynn, Inc. ("Amiee Lynn") (collectively, "Defendants") motion for leave, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1, to deposit funds with the Court into an interest-bearing account pending the determination of Plaintiff Aftern Sanderson's ("Plaintiff") appeal, and having considered all materials filed in support of and in opposition to the motion, and good cause appearing:

**IT IS ORDERED** that the motion is GRANTED and that Defendants are granted leave to deposit the funds with the Court as follows:

**IT IS ORDERED** that Amiee Lynn is granted leave to deposit a check in the amount of $25,000 in non-economic damages owed to Plaintiff, plus post-judgment interest calculated to the date of deposit pursuant to 28 U.S.C. § 1961(a).

**IT IS ORDERED** that Leg Apparel is granted leave to deposit a check in the amount of $25,000 in non-economic damages owed to Plaintiff, plus post-judgment interest calculated to the date of deposit pursuant to 28 U.S.C. § 1961(a).

309758442v.1

**IT IS ORDERED** that Leg Apparel and/or Amiee Lynn is granted leave to deposit a check in the amount of $27,884.24 in economic damages, plus post-judgment interest calculated to the date of deposit pursuant to 28 U.S.C. § 1961(a).

**IT IS FURTHER ORDERED** pursuant to Local Civil Rule 67.1 that the Clerk of Court shall deduct from the income on the interest-bearing investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

**IT IS FURTHER ORDERED** that the Clerk of Court enter a satisfaction of judgment pursuant to Local Civil Rule 54.3 upon Defendants' deposits into the Court.

SO ORDERED.

Dated: March 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2

309758442v.1