```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :

AFTERN SANDERSON.,               :

                                                  Plaintiff,   :     1:19-cv-8423-GHW

                         -v-                  :     <u>ORDER</u>

LEG APPAREL LLC, *et al.,*     :

                        Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     On August 13, 2025, Plaintiff filed a motion for relief under Fed. R. Civ. P. 60(b). Dkt. No. 429. The deadline for Defendants to file their opposition is September 4, 2025. Plaintiff's reply, if any, is due no later than two weeks following the date of service of each opposition.

     The Clerk of Court is directed to mail a copy of this order to Plaintiff.

     SO ORDERED.

Dated: August 15, 2025
          New York, New York

                                                    GREGORY H. WOODS
                                                United States District Judge