USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                :

AFTERN SANDERSON,                      :

                                                :

                          Plaintiff,      :                 1:19-cv-8423-GHW

                                                :

               -v-                     :          ORDER AUTHORIZING

                                                :             DISBURSEMENT

LEG APPAREL LLC, *et al.*,         :

                                                  :

                         Defendants.   :

                                                  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Funds in the amount of $78,568.05 were previously ordered deposited into the Court Registry Investment System (CRIS) by Order dated March 16, 2024.  Dkt. No. 405.  The funds plus any accrued interest in CRIS in this action shall be withdrawn and disbursed as follows:

1. The Clerk of Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

2. The remaining funds on deposit in CRIS shall be disbursed by a check made payable to Aftern Sanderson and mailed to 426 East 118th Street, Apt. 1K, New York, NY 10035.

Mr. Sanderson must complete Form AO-213P (available at https://www.nysd.uscourts.gov/sites/default/files/AO_213P_revised_August_2022.pdf) and IRS Form W-9 and email both forms to NYSD_Finance_Admin@nysd.uscourts.gov before the Clerk's Office can disburse the funds.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 469 and to mail

a copy of this order to Mr. Sanderson.

      SO ORDERED.

Dated: April 20, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge