# MANDATE

S.D.N.Y. – N.Y.C.
19-cv-8423
Woods, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-six.

Present:
> José A. Cabranes,
> Joseph F. Bianco,
> William J. Nardini,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/29/2026____

Aftern Sanderson,

> *Plaintiff-Appellant*,

> v.                                                                  25-2761

Leg Apparel LLC, et al.,

> *Defendants-Appellees*,

Daytona Apparel Group, LLC,

> *Defendant*.

_____

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP"), to reject or strike Appellee's acknowledgment and notice of appearance form as untimely, to refile and cure defects or "for correction of the docket to reflect Appellant's compliance with [certain Federal Rules of Appellate Procedure and Local Rules]"; for a stay of the district court's orders denying his recusal and Rule 60(b) motions and "any downstream proceedings affected by the structural, procedural and [protected health information ("PHI")]-related errors" pending appeal; and to seal PHI in unidentified district court docket entries and proceed in this Court under seal.  Appellant appeals two district court orders, one denying his recusal motion and one denying his Federal Rule of Civil Procedure 60(b) motion.

## MANDATE ISSUED ON 05/29/2026

Upon due consideration, it is hereby ORDERED that Appellant's IFP, stay pending appeal, and sealing motions are DENIED, and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e). It is further ORDERED that Appellant's remaining motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit