UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

AFTERN SANDERSON,

                Plaintiff,

    -against-

LEG APPAREL LLC, AMIEE LYNN, INC.,
STEVEN H. SPOLANSKY, STUART
DIAMOND, AND MELISSA ROMANINO,

           Defendant.

-------------------------------------------------------- X

Civil Action No. 1:19-cv-08423

**[PROPOSED] ORDER FOR THE
WITHDRAWAL OF COUNSEL**

    **IT IS HEREBY ORDERED THAT**, attorney Paxton T. Moore, an attorney with the law firm Seyfarth Shaw LLP, is hereby withdrawn as counsel in the above-captioned matter. Paxton T. Moore was one of the attorneys for Defendants Leg Apparel LLC, Aimee Lynn, Inc., Steven H. Spolansky, Stuart Diamond, and Melissa Romanino while with the law firm Seyfarth Shaw LLP. Paxton T. Moore is no longer affiliated with Seyfarth Shaw LLP. The clerk is hereby directed to remove Paxton T. Moore from the Court docket and designate his status as terminated.

2

Dated: June 9, 2026

/s/ Paxton T. Moore
Paxton T. Moore
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 218-5500
pmoore@seyfarth.com

SO ORDERED.

_____
Honorable Gregory H. Woods
United States District Judge

2