UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2026

|  |  |  |
|---|---|---|
| AFTERN SANDERSON, | : | |
| | : | |
| Plaintiff, | : | 1:19-cv-8423-GHW |
| | : | |
| -v- | : | <u>ORDER</u> |
| | : | |
| LEG APPAREL LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Attorney Paxton Moore filed a proposed order to withdraw his appearance.  Dkt. No. 472.

Although the proposed order is signed by Attorney Moore, it is framed as an order, not a motion,

and is not accompanied by a letter or affidavit supporting the facts contained in the proposed order.

The request to withdraw is denied without prejudice.  Any renewed application must be

accompanied by an appropriate supporting submission.

SO ORDERED.

Dated:  June 11, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge