**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

mstampp@seyfarth.com

T (212) 218-3393

www.seyfarth.com

June 18, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:    Sanderson v. Leg Apparel LLC, et al., Civil Action No. 1:19-cv-08423**

Dear Judge Woods:

This firm represents Defendants Leg Apparel LLC, Aimee Lynn, Inc., Steven Spolansky, Stuart Diamond, and Melissa Romanino ("Defendants") in the above-referenced matter. We write to advise the Court  that Paxton T. Moore had departed  from Seyfarth Shaw LLP. As of June 9, 2026, Mr. Moore is no longer employed by or otherwise affiliated with Seyfarth Shaw LLP. The undersigned remains actively involved in Defendants' representation in this matter. Mr. Moore's withdrawal will not cause any prejudice or delay in this case. All Defendants have counsel active in their representation, and will not require any additional time to review or acclimate to Mr. Moore's absence as counsel.

Therefore, the undersigned respectfully requests that this Court grant Mr. Moore's withdrawal as counsel in the above-captioned matter, and enter an order stating that he has so withdrawn.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Maureen M. Stampp*

Maureen M. Stampp


cc:    Aftern Sanderson, Plaintiff *Pro Se* (via ECF and email)